UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH,

                                    Plaintiff,

            -against-

NYSDOCCS, et al.,

                                    Defendants.

20-CV-3430 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

 Plaintiff, appearing *pro se*, filed this action under 42 U.S.C. § 1983 while he was incarcerated in the Vernon C. Bain Center (VCBC). On June 12, 2020, the Court issued an order directing Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in the dismissal of this action for failure to state a claim upon which relief may be granted. On July 8, 2020, the Court granted Plaintiff an additional sixty days to comply with the Court's June 12, 2020 order. Plaintiff has not filed an amended complaint. Accordingly, this action, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed for failure to state a claim upon which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii).

 The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: October 23, 2020
   New York, New York

           *Louis L. Stanton*
            Louis L. Stanton
             U.S.D.J.