UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH,

                        Plaintiff,

          -against-

NYSDOCCS, et al.,

                       Defendants.

20-CV-3430 (LLS)

CIVIL JUDGMENT

      Pursuant to the order issued October 23, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 23, 2020
           New York, New York

                                                    *Louis L. Stanton*
                                                  Louis L. Stanton
                                                     U.S.D.J.